No. 784. CORRADO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Jack Wasserman* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 786. WOODLOCK ET AL. *v.* CITY OF ABILENE. Court of Civil Appeals of Texas, Eleventh Supreme Judicial District. Certiorari denied. *Dallas Scarborough* for petitioners.

No. 788. SIGFRED *v.* PAN AMERICAN WORLD AIRWAYS, INC. C. A. 5th Cir. Certiorari denied. *Laurence A. Schroeder* for petitioner. *David W. Dyer* and *Douglas D. Batchelor* for respondent.

No. 789. PENNSYLVANIA RAILROAD Co. *v.* KELLY. C. A. 3d Cir. Certiorari denied. *Philip Price* for petitioner. *B. Nathaniel Richter* for respondent.

No. 796. BRASIER ET VIR *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. Petitioners *pro se.* *Solicitor General Sobeloff, Assistant Attorney General Rice, Lee A. Jackson* and *Joseph F. Goetten* for respondents.

No. 803. BYRD *v.* NAPOLEON AVENUE FERRY Co., INC. C. A. 5th Cir. Certiorari denied. *Moses C. Scharff* for petitioner. *John W. Sims* for respondent.

No. 810. THURNAU, ADMINISTRATRIX, *v.* ALCOA STEAMSHIP Co., INC. C. A. 2d Cir. Certiorari denied. *Henry Fogler* for petitioner. *J. Ward O'Neill* and *David P. H. Watson* for respondent.